JS-6 Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEANDRO CLAROS,

        Petitioner,

    vs.

C. GIPSON, Warden,

        Respondent.

Case No. CV 12-10283-ODW (JPR)

**J U D G M E N T**

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 3-13-14

OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE